```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/27/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANELYS HERNANDEZ, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

Serta Simmons Bedding, LLC,

                Defendant.

23 Civ. 3534 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 4, 2023, the Court ordered the parties to file a joint letter and a proposed case management plan by June 26, 2023. ECF No. 5. These submissions are overdue. Accordingly, by **July 3, 2023**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: June 27, 2023
        New York, New York

                                          ANALISA TORRES
                                        United States District Judge