UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANELYS HERNANDEZ, on behalf of herself and all others similarly situated,

        Plaintiff,

-against-

Serta Simmons Bedding, LLC,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/5/2023

23 Civ. 3534 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On May 4, 2023, the Court ordered the parties to file a joint letter and a proposed case management plan by June 26, 2023. ECF No. 5. On June 27, 2023, the Court ordered the parties to file their overdue submissions by July 3, 2023. ECF No. 11. The parties failed to do so. Accordingly, by **July 17, 2023**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: July 5, 2023
      New York, New York

                                             ANALISA TORRES
                                         United States District Judge